# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHARLES EDWARD BLACK,
ADC #88859                                                                                             PLAINTIFF

V.                                              4:15CV00553 JM/JTR

JAMES LINKER, Lieutenant,
Pope County Detention Center, et al.                                     DEFENDANTS

## ORDER

The Court has reviewed the recommendation submitted by United States Magistrate Judge J. Thomas Ray and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Dr. Neilson's Motion for Summary Judgment (Doc. 42) is GRANTED, and Black's inadequate medical care claim against him is DISMISSED WITH PREJUDICE.

2. Lieutenant Linker's, Sergeant Hull's, and Officer Ballinger's Motion for Summary Judgment (Doc. 61) is GRANTED. Black's inadequate medical care claim against Sergeant Hull and Officer Ballinger is DISMISSED WITHOUT PREJUDICE, while his inadequate medical care claim against Lieutenant Linker is DISMISSED WITH PREJUDICE.

Dated 12th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE